SWANSON, J.,
concurring in part and dissenting in part.
In recognition of the fact that I am in the minority in the disposition of this appeal, I defer to the majority’s decision on the motion for rehearing or rehearing en *56 banc, and therefore concur with the denial in this aspect. However, I would grant the motion regarding the request for certification, and I would certify the following question:
DOES A RAILROAD'S DUTY UNDER THE FEDERAL EMPLOYER’S LIABILITY ACT, 45 U.S.C. § 51, TO PROVIDE EMPLOYEES WITH A SAFE WORK PLACE WITH PROMPT MEDICAL CARE INCLUDE REASONABLY ANTICIPATING FORESEEABLE MEDICAL EMERGENCIES AND THE PROBLEMS THAT MAY ARISE IF THEY OCCUR IN A REMOTE AREA?